ROYER COOPER COHEN BRAUNFLED LLC
Barry L. Cohen, Esquire
Two Logan Square
100 North 18th Street, Suite 710
Philadelphia, PA 19103
Email: bcohen@rccblaw.com
Tel: 484-362-2628; Fax: 484-362-2630

KLEMCHUK LLP
Darin Klemchuk, Esquire*
Mandi Phillips, Esquire*
8150 North Central Expressway, 10th Floor
Dallas, TX 75206
*pro hac vice to be filed

*Attorneys for Plaintiff Well Go USA, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **WELL GO USA, INC.,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. _____ |
| **BEVERLY PEREZ,** | § | |
| Defendant. | § | |

**WELL GO USA, INC.'S DISCLOSURE STATEMENT PURSUANT TO
Fed. R. Civ. P. 7.1
(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Well Go USA, Inc. makes the following disclosure:

1. Is the party a non-governmental corporate party?
   ☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

No such corporation.

3.      If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

|   |   |
|---|---|
|   | ROYER COOPER COHEN BRAUNFLED LLC |
| Date: July 2, 2021 | BY:   /s/  Barry L. Cohen<br>Barry L. Cohen, Esquire<br>Two Logan Square<br>100 North 18th Street, Suite 710<br>Philadelphia, PA 19103<br>Email:  bcohen@rccblaw.com<br>       Tel:  484-362-2628; Fax: 484-362-2630 |
| *pro hac vice to be filed | KLEMCHUK LLP<br>Darin Klemchuk, Esquire*<br>Mandi Phillips, Esquire*<br>8150 North Central Expressway, 10th Floor<br>Dallas, TX  75206 |
|   | *Attorneys for Plaintiff Well Go USA, Inc.* |